Board of Transportation v. Harrison

---

BOARD OF TRANSPORTATION (FORMERLY STATE HIGHWAY COMMIS-
SION) v. ARTHUR HARRISON

No. 741SC323

(Filed 19 June 1974)

**Appeal and Error § 63— certiorari improvidently issued — cause remanded**

Cause is remanded to Superior Court for further proceedings
where writ of certiorari was improvidently entered upon denial of
plaintiff's motions for dismissal and summary judgment.

ON writ of certiorari to review an Order entered by *Martin
(Perry), Judge,* 26 November 1973 Session of Superior Court
held in CURRITUCK County.

Plaintiff instituted this action seeking to enjoin defendant
from barricading a roadway across defendant's property. Plain-
tiff alleges the roadway has been dedicated to public use and
maintained as a secondary public road by plaintiff. Defendant
denied all material allegations of the complaint.

Plaintiff obtained a preliminary injunction preventing de-
fendant from interfering with the use of the said roadway by
plaintiff and the general public.

Plaintiff then filed a motion to dismiss the action under
Rule 12(b)(6) (failure to state a claim upon which relief can
be granted), and further moved under Rule 56 for summary
judgment for plaintiff.

Judge Martin denied both motions and upon plaintiff's
petition, this Court issued a writ of certiorari.

*Attorney General Morgan, by Assistant Attorney General
Magner, for the State.*

*Twiford, Abbott & Seawell, by John G. Trimpi, for the
defendant.*

BROCK, Chief Judge.

It seems significantly strange that plaintiff would seek to
dismiss its own lawsuit. Such a Rule 12(b)(6) motion becomes
even more of an oddity when joined with the plaintiff's motion
for summary judgment in its favor.

In any event, after reviewing the record before us, we con-
clude that our writ of certiorari was improvidently issued. This

cause is remanded to the Superior Court in Currituck County for such further proceedings as may be deemed appropriate.

Remanded.

Judges PARKER and BALEY concur.